RECEIVED
IN LAKE CHARLES, LA
APR 13 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| TENNESSEE GAS PIPELINE CO. | : | DOCKET NO. 05-1167 |
| VS. | : | JUDGE TRIMBLE |
| 20.87 ACRES OF LAND, MORE OR LESS, DENNIS RYAN BLALOCK, MARY ELIZABETH ROBERTS BLALOCK, AND LA BOKAY CORP. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons set forth in the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to strike (doc. #23) filed by Tennessee Gas Pipeline Co. is hereby **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment (doc. #25) filed by La Bokay Corporation is hereby **GRANTED** dismissing Tennessee Gas' claims, with prejudice at Plaintiff's expense.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13 day of ~~March~~ April, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE